OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
11 JUN 2021 PM 8 L

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 21 2021
JEFFREY P. COLWELL
CLERK

21-cv-1178-GPG
#21,22

RETURN TO SENDER
☐ REFUSED
☐ Name and # don't match
☐ No DOC Number
☒ Not at facility Interstate Compact
☐ Paroled

Delmart E.J.M. Vreeland, II
#143539
Buena Vista Correctional Facility (BVCF)
P.O. Box 201
Buena Vista,

NIXIE 808 FE 1 0006/18/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250099 *1968-01465-18-43

80294>2500